Manone *v.* Culp, Exr., Appellant.

Argued April 13, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

reargument refused September 26, 1944.

320

324

*Lewis R. Long,* for appellant.

*R. C. Mauch,* of *Mauch & Goodman,* for appellee.

PER CURIAM, June 30, 1944:
The judgment is affirmed on the opinion of the court below.